COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Massoud Moayedi v. Behzad Arabghani, Shiraz Cafe, Inc.

Appellate case number:   01-22-00010-CV

Trial court case number:  2017-08015

Trial court:               125th District Court of Harris County

According to the copy of the judgment included with the letter of assignment, the trial court signed the final judgment on November 30, 2021. The clerk's record does not contain a signed final judgment. It contains only two unsigned copies of a final judgment. Because the clerk's record is incomplete, the Court **directs the trial court clerk to file a supplemental clerk's record containing a signed copy of the trial court's final judgment, signed on November 30, 2021. The supplemental clerk's record shall be filed within 20 days after the date of this order.**

Despite the lack of a signed judgment in the clerk's record, we have a copy of the signed judgment attached to the letter of assignment and this is sufficient to permit the consideration of appellant's motion for extension of time to file his notice of appeal. Appellant filed a request for findings of fact and conclusions of law on December 8, 2021. A party may request findings of fact and conclusions of law in any case tried in the district or county court without a jury. *See* TEX. R. CIV. P. 296. The trial in this case was to the bench.

To be timely, the request must be filed within 20 days after the judgment is signed. *See id.* If a request for findings of fact and conclusions of law could properly be considered by the appellate court or is required by the Rules of Civil Procedure, the request for findings and conclusions extends the deadline for filing the notice of appeal until 90 days after the judgment is signed. *See* TEX. R. APP. P. 26.1(a)(4). Here, appellant filed his request for findings and conclusions within the 20-day period for filing such a request and thus, the request was timely. *See* TEX. R. CIV. P. 296; TEX. R. APP. P. 26.1(a)(1).

Because the request for findings and conclusions was timely filed, the deadline for appellant to file his notice of appeal was extended until 90 days after the judgment was signed. TEX. R. APP. P. 26.1(a). The ninetieth day after the judgment was signed was February 28, 2022. Appellant filed his notice of appeal on January 5, 2022. Thus, the notice of appeal was timely filed.

Although appellant filed a motion to extend time to file the notice of appeal, no extension was required and therefore, we **deny the motion as moot**.

It is so ORDERED.

Judge's signature: ___/s/ Richard Hightower_____
                           ☑ Acting individually    ☐ Acting for the Court

Date: ___June 28, 2022_____